## O'MARY v. STATE.
### No. 24495.

Court of Criminal Appeals of Texas.
Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for selling in Wichita County, Texas, an alcoholic beverage containing in excess of 4% by weight of alcohol, without first having procured a permit authorizing the sale of such liquor. The punishment assessed was by a fine of two hundred dollars.

The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review, and the judgment is affirmed.

## O'MARY v. STATE.
### No. 24496.

Court of Criminal Appeals of Texas.
Oct. 19, 1949.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction was for unlawfully possessing whisky for the purpose of sale in the City of Wichita Falls, Texas, without having a permit authorizing the sale of said liquor in said territory. Punishment assessed was a fine of one hundred dollars.

The record is before this court without statement of facts or bills of exception, in which condition nothing is presented for review. The judgment is affirmed.